

08 CV 5516

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

——————————————————————— x
AMIDA CAPITAL MANAGEMENT II, LLC,   :   Civil Action No.
                                    :
                    Plaintiff,      :   RULE 7.1 STATEMENT
                                    :
       vs.                          :
                                    :
CERBERUS CAPITAL MANAGEMENT,        :
L.P.,                               :
                                    :
                    Defendant.      :
——————————————————————— x



Pursuant to Federal Rule of Civil Procedure 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff (private non-governmental parties) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held: NONE.

DATED: June 18, 2008

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
DAVID A. ROSENFELD


_____
DAVID A. ROSENFELD

58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
PAUL GELLER
STUART A. DAVIDSON
DOUGLAS WILENS
CULLIN A. O'BRIEN
ALINA DAVIS
120 East Palmetto Park Road, Ste. 500
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)

Attorneys for Plaintiff