AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

AMIDA CAPITAL MANAGEMENT II, LLC,
  Plaintiff,

V.

CERBERUS CAPITAL MANAGEMENT, L.P.
  Defendant.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

08 CV 5516

JUDGE CEDARBAUM

TO: (Name and address of Defendant)

CERBERUS CAPITAL MANAGEMENT, L.P.
Cerberus Capital Management, L.P.
299 Park Avenue
New York, NY 10171

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
SAMUEL H. RUDMAN
ROBERT M. ROTHMAN
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100

an answer to the complaint which is served on you with this summons, within __(20) TWENTY__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

JUN 18 2008

J. MICHAEL McMAHON

CLERK          Catherine Lapsley          DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 6-20-08 @ 2:30pm |
| NAME OF SERVER *(PRINT)* <br> Daniel DiCarlo | TITLE <br> Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 299 Park Ave., NY NY lobby

served: Elizabeth McMahon - Assistant to General Counsel

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    6-23-08
              Date        Signature of Server

LOWER LEVEL
858 MERRICK AVE.
EAST MEADOW, N.Y. 11554

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.