UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AMIDA CAPITAL MANAGEMENT II, LLC,

        Plaintiff,

-against-

CERBERUS CAPITAL MANAGEMENT, L.P.,

        Defendant.

Case No. 1:08-CV-05516-MGC

**STIPULATION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND**

---

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, counsel to the parties, that the time for Defendant Cerberus Capital Management, L.P. to answer or otherwise respond to the Complaint shall be extended to August 4, 2008.

Dated: New York, New York
       July 1, 2008

COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP

By: _____
David A. Rosenfeld
58 South Service Road, Suite 200
Melville, NY 11747
(631) 367-7100
Fax: (631) 367-1173
E-mail: drosenfeld@csgrr.com

*Attorneys for Plaintiff Amida Capital Management II, LLC*

MILBANK, TWEED, HADLEY & McCLOY LLP

By: _____
Michael L. Hirschfeld
Robert C. Hora
1 Chase Manhattan Plaza
New York, NY 10005-1413
Phone: (212) 530-5000
Fax: (212) 822-5219
E-mail: mhirschfeld@milbank.com
       rhora@milbank.com

*Attorneys for Defendant Cerberus Capital Management, L.P.*

SO ORDERED ON THIS 8th DAY OF JULY 2008:

_____
Hon. Miriam Goldman Cedarbaum
United States District Judge