UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMIDA CAPITAL MANAGEMENT II, LLC, <br><br> Plaintiff, <br><br> -against- <br><br> CERBERUS CAPITAL MANAGEMENT, L.P., <br><br> Defendant. | Case No. 1:08-CV-05516-MGC <br><br> **STIPULATION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND** |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/5/08

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel to the parties, subject to the approval of the Court, that the time for Defendant Cerberus Capital Management, L.P. to answer or otherwise respond to the Complaint shall be extended three (3) days, from August 4, 2008 to August 7, 2008.

Dated: New York, New York
       August 1, 2008

COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP

By: _____
David A. Rosenfeld
58 South Service Road, Suite 200
Melville, NY 11747
(631) 367-7100
Fax: (631) 367-1173
E-mail: drosenfeld@csgrr.com

*Attorneys for Plaintiff Amida Capital Management II, LLC*

MILBANK, TWEED, HADLEY & McCLOY LLP

By: _____
Michael L. Hirschfeld
Robert C. Hora
1 Chase Manhattan Plaza
New York, NY 10005-1413
Phone: (212) 530-5000
Fax: (212) 822-5219
E-mail: mhirschfeld@milbank.com
        rhora@milbank.com

*Attorneys for Defendant Cerberus Capital Management, L.P.*

SO ORDERED ON THIS 5th DAY OF AUGUST 2008:

_____
Hon. Miriam Goldman Cedarbaum
United States District Judge