UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMIDA CAPITAL MANAGEMENT II, LLC,<br><br>             Plaintiff,<br><br>    -against-<br><br>CERBERUS CAPITAL MANAGEMENT, L.P.,<br><br>             Defendant. | Case No. 1:08-CV-05516-MGC<br><br>**DEFENDANT CERBERUS CAPITAL MANAGEMENT L.P.'S RULE 7.1 DISCLOSURE STATEMENT** |

        Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned, counsel for Defendant Cerberus Capital Management, L.P. ("Defendant"), states that there is no parent corporation of Defendant and no publicly held corporation that owns 10% or more of the ownership interests of Defendant.

Dated: New York, New York
       August 7, 2008

                              MILBANK, TWEED, HADLEY & M<sup>C</sup>CLOY LLP

                              By:   /s/ Michael L. Hirschfeld
                              Michael L. Hirschfeld
                              Robert C. Hora
                              1 Chase Manhattan Plaza
                              New York, NY  10005-1413
                              Phone:  (212) 530-5000
                              Fax:  (212) 530-5219
                              E-mail: mhirschfeld@milbank.com
                                            rhora@milbank.com

                              *Attorneys for Defendant Cerberus Capital Management, L.P.*

**CERTIFICATE OF SERVICE**

       I, Michael L. Hirschfeld, an attorney duly admitted to practice before the United States District Court for the Southern District of New York, certify that on August 7, 2008, a copy of the foregoing Rule 7.1 Disclosure Statement was filed electronically. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

          /s/ Michael L. Hirschfeld
       Michael L. Hirschfeld
       MILBANK, TWEED, HADLEY & MCCLOY LLP
       1 Chase Manhattan Plaza
       New York, NY  10005-1413
       Phone:  (212) 530-5000
       Fax:  (212) 530-5219
       E-mail:  mhirschfeld@milbank.com