UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMIDA CAPITAL MANAGEMENT II, LLC,<br><br>　　　　　　Plaintiff,<br><br>　　-against-<br><br>CERBERUS CAPITAL MANAGEMENT, L.P.,<br><br>　　　　　　Defendant. | ECF Case<br><br>Case No. 1:08-CV-05516-MGC<br><br>**NOTICE OF WITHDRAWAL OF MOTION** |

　　　　Defendant Cerberus Capital Management, LLP hereby withdraws, without prejudice, its August 7, 2008 Motion to Dismiss the Complaint (Dkt. #9).

Dated:  New York, New York
　　　　August 19, 2008

　　　　　　　　　　　　　　　　　　　　MILBANK, TWEED, HADLEY & M^C^CLOY LLP

　　　　　　　　　　　　　　　　　　　　By:　　/s/ Michael L. Hirschfeld
　　　　　　　　　　　　　　　　　　　　Michael L. Hirschfeld
　　　　　　　　　　　　　　　　　　　　Robert C. Hora
　　　　　　　　　　　　　　　　　　　　1 Chase Manhattan Plaza
　　　　　　　　　　　　　　　　　　　　New York, NY  10005-1413
　　　　　　　　　　　　　　　　　　　　Phone:  (212) 530-5000
　　　　　　　　　　　　　　　　　　　　Fax:  (212) 822-5219
　　　　　　　　　　　　　　　　　　　　E-mail: mhirschfeld@milbank.com
　　　　　　　　　　　　　　　　　　　　　　　　rhora@milbank.com

　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant Cerberus Capital Management, L.P.*

## **CERTIFICATE OF SERVICE**

      I, Michael L. Hirschfeld, an attorney duly admitted to practice before the United States District Court for the Southern District of New York, certify that on August 19, 2008, a copy of the foregoing Notice of Withdrawal of Motion was filed electronically. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

        /s/ Michael L. Hirschfeld
Michael L. Hirschfeld
MILBANK, TWEED, HADLEY & McCLOY LLP
1 Chase Manhattan Plaza
New York, NY  10005-1413
Phone:  (212) 530-5000
Fax:  (212) 530-5219
E-mail:  mhirschfeld@milbank.com