UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMIDA CAPITAL MANAGEMENT II, LLC, <br><br> Plaintiff, <br><br> -against- <br><br> CERBERUS CAPITAL MANAGEMENT, L.P., <br><br> Defendant. | ECF Case <br><br> Case No. 1:08-CV-05516-MGC |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Robert C. Hora of Milbank, Tweed, Hadley & McCloy LLP, hereby appears in the above-captioned action as counsel for Defendant Cerberus Capital Management, L.P., and requests electronic notification of all filings in the above-captioned action and that all other papers be sent to the address set forth below:

> Robert C. Hora, Esq.
> Milbank, Tweed, Hadley & McCloy LLP
> One Chase Manhattan Plaza
> New York, NY 10005-1413
> (212) 530-5000
> (212) 530-5129 (facsimile)
> Email: rhora@milbank.com

Dated: New York, New York
August 20, 2008

MILBANK, TWEED, HADLEY & McCLOY LLP

By:  /s/ Robert C. Hora
Michael L. Hirschfeld
Robert C. Hora
Jennie Woltz
1 Chase Manhattan Plaza
New York, NY 10005-1413
Phone: (212) 530-5000
Fax: (212) 530-5219

*Attorneys for Defendant Cerberus Capital Management, L.P.*

## **CERTIFICATE OF SERVICE**

       I, Robert C. Hora, an attorney duly admitted to practice before the United States District Court for the Southern District of New York, certify that on August 20, 2008, a copy of the foregoing Notice of Appearance was filed electronically. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

       /s/ Robert C. Hora
Robert C. Hora
MILBANK, TWEED, HADLEY & MCCLOY LLP
1 Chase Manhattan Plaza
New York, NY  10005-1413
Phone:  (212) 530-5000
Fax:  (212) 530-5219
E-mail:  rhora@milbank.com