```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 2 6 2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AMIDA CAPITAL MANAGEMENT II, LLC,

    Plaintiff,

-against-

CERBERUS CAPITAL MANAGEMENT, L.P.,

    Defendant.

---

ECF Case

Case No. 1:08-CV-05516-MGC

**STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, counsel to the parties, subject to the approval of the Court, that the time for Defendant Cerberus Capital Management, L.P. to file its Answer or otherwise respond to Plaintiff Amida Capital Management II, LLC's Complaint shall be extended to October 1, 2008.

Dated: New York, New York
       August 19, 2008

| COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP | MILBANK, TWEED, HADLEY & McCLOY LLP |
|---|---|
| By: /s/ David A. Rosenfeld | By: /s/ Michael L. Hirschfeld /RH |
| David A. Rosenfeld | Michael L. Hirschfeld |
| 58 South Service Road, Suite 200 | Robert C. Hora |
| Melville, NY 11747 | 1 Chase Manhattan Plaza |
| (631) 367-7100 | New York, NY 10005-1413 |
| Fax: (631) 367-1173 | Phone: (212) 530-5000 |
| E-mail: drosenfeld@csgrr.com | Fax: (212) 822-5219 |
| | E-mail: mhirschfeld@milbank.com |
| |         rhora@milbank.com |
| *Attorneys for Plaintiff Amida Capital Management II, LLC* | *Attorneys for Defendant Cerberus Capital Management, L.P.* |

SO ORDERED ON THIS ____ DAY OF AUGUST 2008:

_____
Hon. ~~Miriam Goldman Cedarbaum~~ Paul A. Crotty
United States District Judge
    Part I