UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AMIDA CAPITAL MANAGEMENT II, LLC,

    Plaintiff,

-against-

CERBERUS CAPITAL MANAGEMENT, L.P.,

    Defendant.

---

ECF Case

Case No. 1:08-CV-05516-MGC

**NOTICE OF WITHDRAWAL OF MOTION**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/4/08

Defendant Cerberus Capital Management, LLP hereby withdraws, without prejudice, its August 7, 2008 Motion to Dismiss the Complaint (Dkt. #9).

Dated: New York, New York
      August 20, 2008

MILBANK, TWEED, HADLEY & McCLOY LLP

By: /s/ Michael L. Hirschfeld /RH
Michael L. Hirschfeld
Robert C. Hora
1 Chase Manhattan Plaza
New York, NY 10005-1413
Phone: (212) 530-5000
Fax: (212) 822-5219
E-mail: mhirschfeld@milbank.com
        rhora@milbank.com

*Attorneys for Defendant Cerberus Capital Management, L.P.*

S/
U.S.D.J.
September 2, 2008

## CERTIFICATE OF SERVICE

I, Michael L. Hirschfeld, an attorney duly admitted to practice before the United States District Court for the Southern District of New York, certify that on August 20, 2008, I caused a copy of the foregoing Notice of Withdrawal of Motion to be mailed by Federal Express, overnight delivery, to:

Cullin Avram O'Brien
Coughlin Stoia Geller Rudman & Robbins LLP
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432

*Michael L. Hirschfeld /RH*
Michael L. Hirschfeld
MILBANK, TWEED, HADLEY & MCCLOY LLP
1 Chase Manhattan Plaza
New York, NY 10005-1413
Phone: (212) 530-5000
Fax: (212) 530-5219
E-mail: mhirschfeld@milbank.com